No. 93–2006. Banca Nazionale del Lavoro v. SMS Hasenclever GmbH. Ct. App. Ga. Motion of U. S. Council on International Banking, Inc., et al. for leave to file a brief as *amici*

*curiae* granted. Certiorari denied.